UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JONATHAN POMALES-BURGOS,

Defendant.

No. 22-CR-611

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED on consent that Mr. Pomales-Burgos be released from the custody of the United States Marshals Service, subject to any warrants to detainers. Mr. Pomales-Burgos shall attend outpatient treatment at Samaritan Daytop Village. All the previously imposed conditions of supervision shall apply. In addition, Mr. Pomales-Burgos shall report to the Probation Department weekly. A status conference is scheduled for January 6, 2027 at 2:00 p.m.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Ronnie Abrams
United States District Judge